IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK G. BASSETT,

        Plaintiff,                No. CIV S-05-1236 GEB GGH P

    vs.

GOVERNOR ARNOLD SCHWARZENEGGER, et al.,

        Defendants.        <u>ORDER</u>
_____/

        On January 24, 2006 and February 8, 2006, plaintiff filed documents. This civil rights action was closed on November 22, 2005. Plaintiff's filings do not appear to be ones contemplated by the Federal Rules of Civil or Appellate Procedure. Therefore, these documents will be placed in the file and disregarded.

        IT IS SO ORDERED.

DATED: 2/22/06

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
bass1236.58ggh